# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Case No. 3:16-po-043 |
| -vs- | : | Chief Magistrate Judge Sharon L. Ovington |
| NEHEMIAH MOORE, | : | |
| Defendant. | : | |

## ORDER FOR DISMISSAL

The above referenced case was called in Court on May 4, 2016. Upon the Government's Oral Motion to Dismiss, the case is hereby DISMISSED.

June 9, 2016

                                                  s/Sharon L. Ovington
                                                  Sharon L. Ovington
                                                  Chief United States Magistrate Judge